IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ISMAIL SHAHATA, | ) | CIVIL NO. 09-00231 ACK-KSC |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| W STEAK WAIKIKI, LLC, a | ) | |
| Hawaii limited liability company,, | ) | |
| | ) | |
| Defendant(s). | ) | |

_____

## ORDER ADOPTING REPORT OF SPECIAL MASTER RECOMMENDING THAT THE MOTION OF R. STEVEN GESHELL FOR AN AWARD OF ATTORNEY'S FEES, COSTS AND LIEN FOR REPRESENTING PLAINTIFF BE GRANTED IN PART AND DENIED IN PART

Findings and Recommendation having been filed and served on all parties on December 30, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 26, 2010.



_____
Alan C. Kay
Sr. United States District Judge

cc:all parties of record