IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ISMAIL SHAHATA, | ) | Civ. No. 09-00231 ACK-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| W STEAK WAIKIKI, LLC, a | ) | |
| Hawaii limited liability | ) | |
| company, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

"Findings and Recommendation to Grant in Part and Deny in Part Defendant W Steak Waikiki, LLC's Motion for Attorney Fees and Related Non-taxable Costs" ("11/29/2010 F & R") were filed on November 29, 2010, and served on all parties on November 29 and 30, 2010.  No objections to the 11/29/2010 F & R have been filed by any party, and the Court cannot find clear error on the face of the record with respect to these unobjected to findings and recommendation.  See Stow v. Murashige, 288 F. Supp. 2d 1122, 1127 (D. Haw. 2003) ("The court may accept those portions of the Magistrate Judge's findings and recommendation that are not objected to if it is satisfied that there is no clear error on the face of the record.").

Accordingly, IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the 11/29/2010 F & R are adopted as the

opinion and order of this Court.

IT IS SO ORDERED.

Dated:  Honolulu, Hawai'i, January 6, 2011.



_____
Alan C. Kay
Sr. United States District Judge

Shahata v. W Steak Waikiki, Civ. No. 09-00231 ACK-KSC: Order Adopting Magistrate Judge's Findings and Recommendation.